IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ANTHONY DIAL,                    )
                                 )
          Plaintiff,             )
                                 )
     v.                          )      1:20-cv-1135
                                 )
ROBESON COUNTY,                  )
                                 )
          Defendant.             )
```

## ORDER

This matter comes before the court upon a Notice of Substitution of Counsel. (Doc. 35.) Attorney Katherine Barber-Jones moves the court to withdraw as counsel of record for Defendant and that Dan McCord Hartzog, Jr., of the law firm Hartzog Law Group, LLP, be substituted as counsel of record for Defendant Robeson County. Effective January 13, 2023, Ms. Barber-Jones separated employment from the law firm Hartzog Law Group, LLP. Having considered the motion, with Defendant's consent, and for good cause shown,

**IT IS THEREFORE ORDERED** that the Notice of Substitution of Counsel, (Doc. 35), is **GRANTED** and attorney Katherine Barber-Jones is hereby withdrawn from representing Defendant in this matter.

**IT IS FURTHER ORDERED** that attorney Dan McCord Hartzog, Jr., is hereby substituted as counsel of record for Defendant

Robeson County. Attorney Hartzog shall file a notice of appearance upon entry of this order.

This the 19th day of January, 2023.

```
                              _____
                                  United States District Judge
```