UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No.: 1:20-cv-1135

| | |
|---|---|
| ANTHONY DIAL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) PLAINTIFF'S NOTICE PURSUANT TO |
| v. | ) LOCAL RULE 7.3(d) |
| | ) |
| ROBESON COUNTY, | ) |
| | ) |
|    Defendant. | ) |

COMES NOW THE PLAINTIFF, by and through counsel, pursuant to Rule 7.3(d)(1) and certifies that the word count for document 56 in this matter (Plaintiff's Brief in Response to Motion In Limine) contains less than 6,250 words as reported by the word processing software.

Respectfully submitted, this the   27th   day of March, 2023.

/s/Nancy P. Quinn,
Attorney for Plaintiff
NC State Bar No.:16799
315 Spring Garden St., Suite 1D
Greensboro, NC  27401
Telephone:  (336) 272-9072
Email: npquinn@thequinnlawfirm.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Plaintiff's Word Count for the Brief in Opposition to the Motion In Limine was served on the Defendant electronically through the CM/ECF system addressed as follows:

Mr. Dan Hartzog, Jr.
Hartzog Law Group
2626 Glenwood Avenue, Suite 305
Raleigh, North Carolina 27608
dhartzogjr@hartzoglawgroup.com

This the 27th day of March, 2023.

/s/Nancy P. Quinn,
Attorney for Plaintiff
NC State Bar No.:16799
315 Spring Garden St., Suite 1D
Greensboro, NC 27401
Telephone: (336) 272-9072
Email: npquinn@thequinnlawfirm.com