IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANTHONY DIAL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:20-cv-1135 |
| ROBESON COUNTY, | ) ) ) | |
| Defendant. | ) | |

### JUDGMENT IN A CIVIL ACTION

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff, Anthony Dial, shall take nothing of Defendant, Robeson County, and this action is **DISMISSED WITH PREJUDICE.**

This the 27th day of March, 2023.

_____
United States District Judge